UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, AND DOES 1-10, INCLUSIVE<br><br>Defendants. | CASE NO. 1:24-CV-1363-KES HBK<br><br>ORDER GRANTING CONTINUANCE OF FEBRUARY 6, 2025, INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No. 5) |

On January 13, 2025, the parties filed a stipulated motion to continue the February 6, 2025, Initial Scheduling Conference. (Doc. No. 5). The Court, finding good cause, will grant the motion.

Accordingly, it is hereby ORDERED:

1. The Parties' stipulated motion (Doc. No. 5) is GRANTED.

2. The Initial Scheduling Conference is CONTINUED to **March 20, 2025 at 1:30 p.m.**

3. The parties shall file their Joint Scheduling Report no later than March 13, 2025.

Dated:  January 13, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE